# United States Court of Appeals for the Fifth Circuit

No. 22-40439
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

November 22, 2022

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

HOMERO REY CANTU, JR.,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:07-CR-382-1

Before HIGGINBOTHAM, GRAVES, and HO, *Circuit Judges*.
PER CURIAM:*

Homero Rey Cantu, Jr., federal prisoner # 98371-079, was convicted of conspiracy to launder monetary instruments, conspiracy to possess with intent to distribute more than 100 kilograms of marijuana, and providing false information on a loan application. He was sentenced to a total of 325 months

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 22-40439

of imprisonment. He filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). The district court denied the motion, and Cantu timely appealed, specifying by name and date that he was appealing from the order denying his motion for compassionate release.

However, in his pro se appellate brief, Cantu asserts no arguments pertaining to the denial of his motion for compassionate release. Instead, Cantu raises issues relating to his motion for a reduction in sentence, which he filed pursuant to 18 U.S.C. § 3582(c)(2) seeking relief based on a retroactive amendment to the Sentencing Guidelines. Because we lack jurisdiction to review the order denying Cantu's motion for a sentence reduction pursuant to § 3582(c)(2), we will not address Cantu's arguments. *See Warfield v. Fidelity and Deposit Co.*, 904 F.2d 322, 325-26 (5th Cir. 1990).

By failing to identify any error in the district court's analysis of his § 3582(c)(1)(A)(i) motion for compassionate release, Cantu has abandoned any challenge he might have raised regarding that decision. *See Brinkmann v. Dallas Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). Accordingly, the order denying the compassionate release motion is AFFIRMED.